United States District Court
Southern District of Texas
**ENTERED**
September 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GARZORIA ROOFING LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:23-CV-00036 |
| CAL-SOUTHWEST HOLDINGS, LLC, | § § § | |
| Defendant. | § | |

### ORDER GRANTING DISMISSAL

Before the Court is the parties' "Joint Stipulation of Dismissal" (Dkt. No. 35). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on September 21, 2023.

Rolando Olvera
United States District Judge

1 / 1